UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>STEVEN W. CLYNE,<br><br>       Defendant. | Case No. 1:16-CR-115-BLW<br><br>**ORDER** |

The Court has before it defendant Clyne's motion for release from custody pending appeal. Clyne is due to voluntarily surrender to the Bureau of Prisons on September 26, 2017. To prevail on his motion, Clyne must show that: (1) he is not likely to flee or pose a danger to the safety of any other person in the community; (2) the appeal is not for the purpose of delay; (3) the appeal raises a substantial question of law or fact; and (4) if that substantial question is determined favorably on appeal, the decision is likely to result in reversal or an order for a new trial. *See* 18 U.S.C. § 3143(b)(1)*; see also U.S v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985). The Court cannot find that the appeal raises a substantial question of law or fact. Because that element is not satisfied, the motion must be denied.

IT IS HEREBY ORDERED that the motion for release pending appeal (docket no. 89) is DENIED.



DATED: September 22, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court